IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| CINDY CHURCH, | Civ. No. 2:21-cv-00174-SU |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JEFFERSON FOODS, INC., | |
| Defendant. | |

SULLIVAN, Magistrate Judge.

    Based on the stipulation of the parties, ECF No. 6, this case is DISMISSED with prejudice and without attorney fees, costs, or disbursements to any party.

    It is so ORDERED and DATED this   30th   day of April 2021.

                                    /s/ Patricia Sullivan
                                    Patricia Sullivan
                                    United States Magistrate Judge